# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

KATHERINE NEWTON,           )
                            )
    Plaintiff,          )
                            )
  v.                        )    Civ. No. 5:18-cv-1002 KK
                            )
ANDREW SAUL,                )
COMMISSIONER OF             )
SOCIAL SECURITY,            )
                            )
    Defendant.          )

**ORDER AWARDING EQUAL ACCESS TO JUSTICE**
**ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)**

    Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $7,300.00, as authorized by 28 U.S.C. §2412, and $400.00 to be paid from the Judgment Fund, be awarded subject to the terms of the Stipulation.

Dated: July 29, 2019                                _____
                                                      Honorable Kenly Kiya Kato
                                                      United States Magistrate Judge